UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TREASURY WINE ESTATES
AMERICAS COMPANY,

    Plaintiff,

vs.

TRAMONTE & SONS, LLC,

    Defendant.

Case No. 3:22-cv-289

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE (Doc. No. 8); AND (2) TRANSFERRING VENUE OF THIS CASE TO THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI**

---

    This civil case is before the Court upon Defendant's unopposed motion to transfer venue. Doc. No. 8. There is no dispute that Defendant resides in Warren County, Ohio. *See* Doc. No. 1, PageID 1; *see also* Doc. No. 8 at PageID 18. Warren County is within the Southern District of Ohio, Western Division at Cincinnati. 28 U.S.C. § 115(b)(1); *see* S.D. Ohio Civ. R. 82.1(b).

    When a civil case is brought against a defendant residing within the Southern District of Ohio, the case must "be filed at the location of Court that serves a county in which at least one defendant resides." S.D. Ohio Civ. R. 82.1(c). In the present case, given Defendant's residence in Warren County, the Court **GRANTS** Defendant's unopposed motion (Doc. No.8) and **TRANSFERS** this case to the U.S. District Court for the Southern District of Ohio, Western Division at Cincinnati.

    **IT IS SO ORDERED.**

February 15, 2023

                                                                                 s/Michael J. Newman
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge